Michele A. Engnath, #149486
Law Offices of Michele A. Engnath
11521 Excelsior Avenue
Hanford, California 93230
Phone: 559-582-8781
Fax: 559-582-8784
E-Mail: mae@micheleengnath.com

Attorneys for Plaintiff, Anlin Industries, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| ANLIN INDUSTRIES, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>PAUL BURGESS,<br><br>　　　　　　　Defendant. | CASE NO. 1:05-CV-01317-REC-DLB<br><br>**STIPULATION AND PROPOSED ORDER ENLARGING TIME TO FILE RESPONSIVE PLEADINGS** |

　　　　Whereas, the summons and complaint were personally served on Defendant, Paul Burgess, on November 16, 2005:

　　　　Whereas, Defendant is *in propria persona* and requested that Plaintiff consent to an extension of time of 30 days for the filing of Defendant's responsive pleadings;

　　　　Whereas, pursuant to local rule 6-144(a), Plaintiff and Defendant stipulated that the time for Defendant to file his answer and/or other responsive pleadings to Plaintiff's complaint be extended 30 days to and including January 5, 2006:

　　　　Whereas, on January 5, 2006, Defendant requested from Plaintiff an additional week to file his responsive pleadings; and

---

Stipulation Extending Date to Respond to Complaint　　　- 1 -

1  Whereas, Plaintiff has no objection to Defendant's request for additional time to file responsive
2  pleadings;
3  THE PARTIES TO THIS ACTION STIPULATE, subject to the Court's approval, that the
4  time for Defendant to file his answer and/or other responsive pleadings to Plaintiff's complaint be
5  extended 7 additional days to and including January 12, 2006:

7  Dated: January __12__, 2006            ____/s/Michele A. Engnath____
                                              Michele A. Engnath
8                                             Attorneys for Plaintiff, Anlin Industries, Inc.

10 Dated: January __6__, 2006             ____/s/Paul Burgess_____
                                              Paul Burgess
11                                            Defendant, IN PROPRIA PERSONA

13     IT IS SO ORDERED.

       **Dated:   January 12, 2006**            **/s/ Dennis L. Beck**
14 3b142a                                  UNITED STATES MAGISTRATE JUDGE

Stipulation Extending Date to Respond to Complaint    - 2 -