```
Michele A. Engnath, #149486
Law Offices of Michele A. Engnath
11521 Excelsior Avenue
Hanford, California 93230
Phone: 559-582-8781
Fax: 559-582-8784
E-Mail: mae@micheleengnath.com
```

Attorneys for Plaintiff, Anlin Industries, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| ANLIN INDUSTRIES, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>PAUL BURGESS,<br><br>　　　　　　　Defendant. | CASE NO. 1:05-CV-01317-REC-DLB<br><br>**STIPULATION AND ORDER ENLARGING TIME TO FILE RESPONSIVE PLEADINGS TO COUNTERCLAIMS AND MOTIONS RELATED TO ANSWER** |

Whereas, the summons and complaint were personally served on Defendant, Paul Burgess, on November 16, 2005:

Whereas, Defendant is *in propria persona* and requested and was granted extensions to and including January 12, 2006 to file responsive pleadings to the complaint;

Whereas, Defendant filed his answer and counterclaim on January 12, 2006 and Plaintiff was served with the same on January 13, 2006.

Whereas, Plaintiff is in need of an additional 20 days to file any motions in relation to Defendant's answer and responsive pleadings to Defendant's counterclaims, as the allegations in the answer and counterclaim are extensive;

1     Whereas, Defendant has no objection to Plaintiff's request for such additional time;

2     THE PARTIES TO THIS ACTION STIPULATE, subject to the Court's approval, that the time
3 for Plaintiff to file any motions in relation to Defendant's answer and to file responsive pleadings to
4 Defendant's Counterclaim be extended to and including February 22, 2006.

7 Dated: January __25__ , 2006         ___/s/ Michele A. Engnath_____
                                            Michele A. Engnath
8                                          Attorneys for Plaintiff, Anlin Industries, Inc.

10 Dated: January __23__ , 2006         ___/s/Paul Burgess_____
                                            Paul Burgess
11                                          Defendant, IN PROPRIA PERSONA

12     IT IS SO ORDERED.

13     **Dated:   January 28, 2006**        **/s/ Dennis L. Beck**
3b142a                                          UNITED STATES MAGISTRATE JUDGE