UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANLIN INDUSTRIES, INC. | ) | **NEW CASE NO.  1:05-cv-01317-DLB** |
| Plaintiff | ) | |
| | ) | ORDER ASSIGNING CASE |
| vs | ) | RE PRESIDING JUDGE |
| | ) | |
| PAUL BURGESS | ) | Old Case No.  1:05-cv-01317-REC-DLB |
| | ) | |
| | ) | |
| Defendant | ) | |

IT IS HEREBY ORDERED that the above-entitled action be assigned  to the docket of Judge DENNIS L. BECK   residing Judge of the above entitled action.  Plaintiff's filed their consent on March 13, 2006  and Defendant's filed their consent on March 10, 2006  under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

DATED: March 16, 2006

/s/ ROBERT E. COYLE

United States District Judge ROBERT E. COYLE

# ALL FUTURE PLEADINGS SHALL BE NUMBERED AS

# FOLLOWS:

# 1:05-cv-01317-DLB