1  Michele A. Engnath, #149486
   Law Offices of Michele A. Engnath
2  11521 Excelsior Avenue
   Hanford, California 93230
3  Phone: 559-582-8781
   Fax: 559-582-8784
4  E-Mail: mae@micheleengnath.com

5  Attorneys for Plaintiff, Anlin Industries, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| ANLIN INDUSTRIES, INC., a California corporation, | CASE NO. 1:05-CV-01317-DLB |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER RESCHEDULING MOTION HEARING DATE AND REQUESTING STATUS CONFERENCE** |
| vs. | |
| PAUL BURGESS, | |
| Defendant. | |

Whereas, the scheduling conference in this matter was held on March 6, 2006;

Whereas, a scheduling conference order has not yet been received and counsel for Plaintiff Anlin Industries, Inc. ("Anlin") does not believe the dates discussed at the scheduling conference are any longer realistic and Defendant, Paul Burgess ("Burgess"), disagrees:

Whereas, the hearing on Anlin's motion to strike portions of Defendant Paul Burgess' answer and counterclaim is set for April 28, 2006 at 9:00 am before Magistrate Beck: and

Whereas, Anlin's below signed counsel was diagnosed with an unexpected medical condition earlier this week and needs to attend to some medical and personal matters as a result thereof during the remainder of this week including April 28, 2006,

_____
Stip./Order Scheduling Status Conf. and Hearing - 1 -

1  THE PARTIES TO THIS ACTION STIPULATE AND REQUEST, that the Court schedule a
2  status conference and reschedule the hearing on the motion to strike for a date or dates convenient to
3  the Court during the week of May 1, 2006 or as soon thereafter as is possible.

5  Dated: April 26, 2006                             /s/Michele A. Engnath
                                                     Michele A. Engnath
6                                                    Attorneys for Plaintiff, Anlin Industries, Inc.

8  Dated: April 26, 2006                             /s/ Paul Burgess
                                                     Paul Burgess
9                                                    Defendant, IN PROPRIA PERSONA

### ORDER

Pursuant to the forgoing stipulation and request IT IS ORDERED that the hearing on Plaintiff's motion to strike is reset for May 5, 2006 at 9:00 a..m. and that a status conference is set to follow, both proceedings to be held before Magistrate Dennis L. Beck in Courtroom 9 of this court.

Dated: April 27, 2006                                /s/ *Dennis L. Beck*
                                                     MAGISTRATE JUDGE DENNIS L. BECK

Stip./Order Scheduling Status Conf. and Hearing - 2 -