**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for Plaintiff and Counter Defendant ANLIN INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANLIN INDUSTRIES, INC., a California corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>PAUL BURGESS,<br><br>　　　　　　　　　Defendant. | Case No. 1:05-CV-01317-DLB<br><br>PLAINTIFF AND COUNTER-DEFENDANT ANLIN INDUSTRIES, INC.'S SUBSTITUTION OF ATTORNEYS AND [PROPOSED] ORDER THEREON |

Pursuant to Local Rule 83–182(g), Plaintiff and Counter-Defendant ANLIN INDUSTRIES, INC. files this Substitution of Attorneys, substituting John G. Michael and the law firm of Baker, Manock & Jensen as his new attorneys in place of his withdrawing attorney, Michele A. Engnath. The name and address of ANLIN INDUSTRIES, INC.'S new attorneys is:

> John G. Michael
> Baker, Manock & Jensen
> 5260 North Palm Avenue, Suite 421
> Fresno, California 93704
> (559) 432-5400
> (559) 432-5620 Facsimile

///

///

///

///

PLAINTIFF AND COUNTER-DEFENDANT ANLIN INDUSTRIES, INC.'S SUBSTITUTION OF ATTORNEYS

I hereby consent to the substitution of attorneys set forth above.

DATED: May 15, 2006

        ANLIN INDUSTRIES, INC., a California corporation

By /s/ Eric Vidmar
Eric Vidmar, Vice President

I hereby consent to the substitution of attorneys set forth above.

DATED: May 16, 2006.

/s/ Michele A. Engnath
Michele A. Engnath

I hereby consent to the substitution of attorneys set forth above.

DATED: May 15, 2006.

        BAKER, MANOCK & JENSEN

By /s/ John G. Michael
John G. Michael

## ORDER

IT IS SO ORDERED.

**Dated:   May 24, 2006**           **/s/ Dennis L. Beck**
3b142a                                          UNITED STATES MAGISTRATE JUDGE