UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANLIN INDUSTRIES, INC., a California corporation | ) ) ) | 1:05cv1317 DLB |
| | ) ) ) | ORDER STRIKING DEFENDANT'S AMENDED ANSWER AND COUNTERCLAIM |
| Plaintiff, | ) ) | (Document 53) |
| v. | ) ) | |
| PAUL BURGESS, | ) ) ) ) | |
| Defendant. | ) ) | |

Plaintiff Anlin Industries, Inc. ("Plaintiff") filed the instant action on October 19, 2005, alleging violations of the Anticybersquatting Consumer Protection Act and various causes of action for trademark infringement and unfair competition under Federal and State laws.

On May 16, 2006, pursuant to this Court's order granting Plaintiff's motion to strike portions of the answer and counterclaims, Defendant filed an amended answer and counterclaim.

On June 6, 2006, prior to a responsive pleading from Plaintiff, Defendant filed another amended answer and counterclaim in which he alleges six counterclaims against Plaintiff. On June 20, 2006, Plaintiff filed a motion to dismiss the counterclaims. The hearing on the motion is currently scheduled for July 21, 2006.

On July 12, 2006, Defendant filed yet another amended answer and counterclaim in which he deletes three of the original counterclaims and adds four new counterclaims. Defendant

1

1  purports to file this amendment pursuant to Federal Rule of Civil Procedure 15(a).  However,
2  Rule 15(a) permits only one amendment as a matter of course.  Additional amendments require
3  leave of court or written consent of the adverse party.
4      Defendant has already filed his one permitted amendment as a matter of course, on June
5  6, 2006.  Accordingly, as Defendant has filed the July 12, 2006, amendment without leave of
6  court or permission from Plaintiff, the Court orders the document STRICKEN from the record.

8      IT IS SO ORDERED.
9      Dated:   **July 19, 2006**                     **/s/ Dennis L. Beck**
    3b142a                                                     UNITED STATES MAGISTRATE JUDGE