# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANLIN INDUSTRIES, INC., a California corporation,    ) | 1:05cv1317 DLB |
| ) | |
| )   Plaintiff,    ) | ORDER DENYING DEFENDANT'S REQUEST FOR RECONSIDERATION |
| ) | (Document 57) |
| v.    ) | |
| PAUL BURGESS,    ) | |
| )   Defendant.    ) | |

    Plaintiff Anlin Industries, Inc. ("Plaintiff") filed the instant action on October 19, 2005, alleging violations of the Anticybersquatting Consumer Protection Act and various causes of action for trademark infringement and unfair competition under Federal and State laws.

    On July 24, 2006, Defendant and Counter-Plaintiff Paul Burgess ("Defendant") filed a request for reconsideration of the Court's July 21, 2006, order striking his July 12, 2006, amended complaint and counterclaim. Defendant files the motion pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule 72-303(a).

    As Plaintiff points out, reconsideration by the district court judge pursuant to Rule 72 is not available in a case such as this, where the parties have consented to the jurisdiction of the Magistrate Judge. The case has been reassigned to Magistrate Judge Beck for all matters and review by a district court judge is therefore not available. Indeed, Local Rule 73-301 provides

that wHere the parties have consented, Local Rule 72-303, upon which Defendant relies, is inapplicable.

To the extent Defendant's request can be construed as a request for the Magistrate Judge to review his ruling, Defendant has not presented any new evidence to make such a request appropriate.

Finally, by way of the Court's August 9, 2006, order granting Plaintiff's motion to dismiss the counterclaims, Defendant has been granted leave to amend his counterclaims. Given this opportunity, it appears that review of the July 21, 2006, order is unnecessary.

Accordingly, Defendant's request for reconsideration is DENIED.

IT IS SO ORDERED.

**Dated:** **August 28, 2006**          **/s/ Dennis L. Beck**
3b142a                                                           UNITED STATES MAGISTRATE JUDGE