# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANLIN INDUSTRIES, INC., a California corporation | ) | 1:05cv1317 DLB |
| | ) | |
| | ) | **ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND SETTING BRIEFING SCHEDULE** |
| Plaintiff, | ) | |
| v. | ) | |
| PAUL BURGESS, | ) | **Date: February 13, 2007** |
| | ) | **Time: 9:30 a.m.** |
| | ) | **Courtroom 9** |
| Defendant. | ) | |

Plaintiff Anlin Industries, Inc. ("Plaintiff") filed a motion for summary judgment on December 21, 2007.  On January 12, 2007, Defendant Paul Burgess ("Defendant") filed his opposition to the motion along with his own cross-motion for summary judgment.[1]

Defendant is entitled to file a cross-motion for summary judgment, but Plaintiff must be given an opportunity to respond.  Therefore, the Court is continuing the hearing on the two summary judgment motions to February 13, 2007, at 9:30 a.m., in Courtroom 9.  It is most efficient to hear the two motions together, and continuing the hearing will also ensure that the

---

[1] The Court directs Defendant to Local Rule 56-260, which sets forth the procedural requirements for a summary judgment motion.  To the extent that Defendant has provided the necessary documents in his January 22, 2007, filing, the Court will consider the filings and evidence submitted therewith in both Plaintiff's motion for summary judgment and Defendant's cross-motion.

1

state of the pleadings is final given Defendant's motion to amend, set for hearing on January 26, 2007.

Plaintiff's motion for summary judgment is fully briefed. Should the parties wish to submit further briefing, permission from the Court will be necessary. The briefing schedule for Defendant's cross-motion is as follows: Plaintiff's opposition will be due on Tuesday, January 30, 2007, and Defendant's reply, if any, will be due on Friday, February 2, 2007.

IT IS SO ORDERED.

Dated:   **January 24, 2007**            **/s/ Dennis L. Beck**
3b142a                                    UNITED STATES MAGISTRATE JUDGE