# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANLIN INDUSTRIES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PAUL BURGESS,<br><br>Defendant. | 1:05cv1317 DLB<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS THE THIRD THROUGH SEVENTH CAUSES OF ACTION WITHOUT PREJUDICE<br>(Document 106-1)<br><br>ORDER DENYING DEFENDANT'S MOTION TO STAY ACTION AS MOOT<br>(Document 105-1) |

Plaintiff Anlin Industries, Inc. ("Plaintiff") filed the instant action on October 19, 2005, alleging violations of the Anticybersquatting Consumer Protection Act ("ACPA") and various causes of action for trademark infringement and unfair competition under Federal and State laws.

On March 5, 2007, the Court granted Plaintiff's motion for summary judgment on the fist and second causes of action for violation of the ACPA. The Court granted Plaintiff's request for an injunction and its request to transfer the domain names to Plaintiff's control. The Court also granted Plaintiff statutory damages in the amount of $12,500.

On March 14, 2007, Defendant Paul Burgess ("Defendant") filed a motion to stay the action pending his appeal of the March 5, 2007, order granting summary judgment.

1    On March 15, 2007, Plaintiff filed a motion to dismiss the remaining causes of action
2 without prejudice, explaining that it had obtained the majority of the relief sought.  Defendant
3 filed a non-opposition to the motion on March 19, 2007.
4    Accordingly, as it appears that the parties are in agreement, Plaintiff's motion to dismiss
5 the third through seventh causes of action is GRANTED.  The third through seventh causes of
6 action are DISMISSED WITHOUT PREJUDICE.
7    This dismissal concludes this action in its entirety, therefore rendering Defendant's
8 motion to stay moot.  Thus, it is DENIED AS MOOT.  Defendant's March 29, 2007, notice of
9 interlocutory appeal can now be construed and treated as an appeal from a final judgment.
10    The Court will enter judgment by separate order.

12    IT IS SO ORDERED.
13    Dated:   **April 10, 2007**              **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE