# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANLIN INDUSTRIES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PAUL BURGESS,<br><br>Defendant. | 1:05cv1317 DLB<br><br>ORDER GRANTING DEFENDANT'S EX PARTE REQUEST FOR EXTENSION OF TIME<br><br>(Document 158) |

On April 29, 2009, Defendant Paul Burgess submitted a request for leave to serve documents by priority mail. He explained that he successfully filed one document at 11:54 p.m. on April 28, 2009, the due date for the filings, but because of problems with CM/ECF, the remaining documents were not filed until the early morning of April 29, 2009. He was completely unable to file one document and requests that the Court allow him to send the documents by priority mail.

To the extent that Plaintiff requests an extension of time, his request is GRANTED. The documents filed on April 28 and 29, 2009 (Documents 154 through 157) shall be deemed timely. The Court will also deem the priority mail filing timely and will scan the document into CM/ECF upon receipt.

IT IS SO ORDERED.

Dated: **April 29, 2009**  **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1