# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANLIN INDUSTRIES, INC., a California corporation,<br><br>                    Plaintiff,<br><br>   v.<br><br>PAUL BURGESS,<br><br>                    Defendant. | 1:05cv1317 DLB<br><br>ORDER REQUIRING DEFENDANT TO NOTIFY COURT OF POSITION ON PLAINTIFF'S MOTION TO DISMISS |

On July 17, 2009, Plaintiff filed a motion to dismiss this action, explaining that it has received a majority of its requested relief and no longer wishes to pursue the action. A hearing on the motion is currently set for September 4, 2009.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court may dismiss an action upon plaintiff's request unless the defendant can show that he will suffer legal prejudice as a result. Smith v. Lenches, 263 F.3d 972, 975 (9th Cir. 2001). Legal prejudice is defined as prejudice to a legal interest, claim or argument. Westlands Water Dist. v United States, 100 F.3d 94, 97 (9th Cir. 1996).

1

1    Defendant is therefore ORDERED to inform the Court whether he opposes the motion to
2 dismiss within FIVE (5) days of the date of service of this order.  If Defendant does not oppose
3 the motion, he should file a statement of non-opposition.
4    IT IS SO ORDERED.
5    Dated:   **July 21, 2009**                    _____/s/ **Dennis L. Beck**_____
                                                   UNITED STATES MAGISTRATE JUDGE